**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CYNTHIA L. POLLICK,** | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : |
| | : |
| **MATTHEW M. HAAR, and** | : |
| **SAUL EWING LLP,** | : |
| **Defendants.** | : |

### NOTICE OF REMOVAL

TO:   United States District Court
      Middle District of Pennsylvania
      1501 North Sixth Street
      Harrisburg, PA  17102

Defendants Matthew M. Haar and Saul Ewing LLP hereby file the within

Notice of Removal to the United States District Court for the Middle District of

Pennsylvania from the Court of Common Pleas of Dauphin County, Pennsylvania.

In support thereof, Defendants state as follows:

1.     On or about October 17, 2023, Plaintiff Cynthia L. Pollick

("Plaintiff") filed a Praecipe for Writ of Summons against Defendants in the Court

of Common Pleas of Dauphin County, Pennsylvania, Civil Action No. 2023 CV

8164 ("Summons").  Copies of all documents filed in the Dauphin County action

are attached hereto as Exhibit A.

2.     The Summons relates to a pending matter before this Court, which

matter is docketed at No. 1:21-mc-154 and is currently under seal.  Because the

related matter in this Court is under seal, Defendants state only so much in this

Notice of Removal as is necessary to establish proper removal.  The facts of the

related matter are well-known to the Court, and will be supplemented as necessary

by Defendants while respecting the seal at the related matter.

3.      Removal of this action is proper under 28 U.S.C. § 1442(a)(3).

4.      A true and correct copy of the Notice of Removal will be filed with

the Prothonotary of the Court of Common Pleas of Dauphin County, Pennsylvania,

contemporaneously with the filing hereof.

5.      This Notice of Removal is made subject to and without waiver of any

rights Defendants may have with respect to Plaintiff's claims.

WHEREFORE, Defendants respectfully remove this matter to this Court.

Respectfully submitted,


Dated:  February 9, 2024                  /s/ Matthew M. Haar_____
                                          Matthew M. Haar, Esq. (85688)
                                          Saul Ewing LLP
                                          2 N. Second Street, 7th Floor
                                          Harrisburg, PA  17101
                                          717-257-7508
                                          matt.haar@saul.com

                                          Counsel for Matthew M. Haar
                                          and Saul Ewing LLP

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I served a true and correct copy of

the foregoing Notice of Removal via email and first class mail, postage prepaid,

upon the following:

> Cynthia L. Pollick, Esq.
> P.O. Box 757
> Clark's Summit, PA 18411
> pollick@lawyer.com

Dated:  February 9, 2024                 */s/ Matthew M. Haar*
                                          Matthew M. Haar

51739528.1 02/09/2024