

Matthew M. Haar
Phone: (717) 257-7508
Fax: (717) 238-4622
matt.haar@saul.com
www.saul.com

February 14, 2024

*<u>Via ECF Filing</u>*
Hon. Matthew W. Brann
United States District Court
  for the Middle District of Pennsylvania
240 West Third Street
Williamsport, PA  17701

      Re:    <u>**Pollick v. Haar & Saul Ewing LLP**</u>
               **No. 1:24-cv-00259-MWB (M.D. Pa.)**

Dear Chief Judge Brann:

      My law firm and I are defendants in the above-referenced matter that I recently removed to this Court from the Dauphin County Court of Common Pleas. I request a status conference with the Court and plaintiff to address the unique procedural posture of this case in light of the related sealed action at Docket No. 1:21-mc-154. I believe the above-referenced action should be stayed pending the outcome of the related sealed matter.

      Thank you for your consideration of this matter.

                                                     Respectfully,

                                                     */s/ Matthew M. Haar*

                                                     Matthew M. Haar

cc:    Cynthia L. Pollick, Esq. (via ECF Filing)

Penn National Insurance Plaza, 2 North Second Street, 7th Floor ◆ Harrisburg, PA 17101-1619 ◆ Phone: (717) 257-7500 ◆ Fax: (717) 238-4622

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

51766077.1