IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA L. POLLICK, | No. 1:24-CV-00259 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MATTHEW M. HAAR and SAUL EWING LLP, | |
| Defendants. | |

## ORDER

**APRIL 25, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Cynthia L. Pollick's motion to remand (Doc. 4) is **DENIED**; and

2. Pollick shall, on or before Thursday, May 16, 2024, file a complaint that sets forth the allegations in support of her claim(s) against Defendants.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge